**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SB100
NEW YORK, NEW YORK 10016
TELEPHONE (212) 889-9811

**By ECF:**

September 15, 2022

United States District Court
Southern District of New York
Honorable Ronnie Abrams
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Re: *United States v. Sukhrob Sobirov*
*Criminal Docket No. 20-CR-653*

Ronnie Abrams, U.S.D.J.
September 16, 2022

Dear Judge Abrams:

Please accept this letter as a respectful request to modify the conditions of release for Defendant Sukhrob Sobirov. I spoke to AUSA Nathan Rehn, Esq., and Meherun Mayer from Pretrial Services of this request and the following proposed modifications were not opposed by the Government.

Mr. Sobirov is requesting to modify the conditions of his release is to allow him to travel to Florida for a short vacation from September 20 to September 23. Mr. Sobirov will provide an itinerary to pre-trial services as a condition to their consent to allow him to travel.

Sincerely,

Jason M. Baxter, Esq.