**JASON M. BAXTER**
ATTORNEY AT LAW
267 FIFTH AVENUE, SB100
NEW YORK, NEW YORK 10016
TELEPHONE **(212) 889-9811**

**By ECF:**

June 23, 2023

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Re:   *United States v. Sukhrob Sobirov*
      *Criminal Docket No. 20-CR-653*

_____
Ronnie Abrams, U.S.D.J.
June 26, 2023

Dear Judge Abrams:

Please accept this letter as a respectful request to modify the conditions of probation for Defendant Sukhrob Sobirov. I spoke to Mr. Sobirov's US Probation Officer Lisa Famularo who had no objection to this request.

Mr. Sobirov is requesting to modify the conditions of his probation to allow him to travel to Uzbekistan Samarkand, his hometown to see his grandmother and father from August 29, 2023 to September 26, 2023, because he has been unable to see them over the past few years and he is not sure how much time his grandmother has left. Thank you for your consideration of this application.

Respectfully Yours,

*[signature]*

Jason M. Baxter, Esq.